IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE THOMAS MURPHY, RESIDENT § <br> 1408 Las Encinas § <br> Los Osos, CA. USA 93402 § <br> § <br> AND § <br> § <br> AES, INC., a NEVADA CORPORATION § <br> WHOLLY OWNED BY JEAN MARIE § <br> MURPHY, and DEE THOMAS MURPHY, § <br> PRESIDENT § <br> 5610 Grasswood Dr. § <br> Sparks, NV. USA 89436 § <br> § <br> **PLAINTIFFS,** § <br> V. § <br> § <br> UNITED STATES ENVIRONMENTAL § <br> PROTECTION AGENCY and STEPHEN L. § <br> JOHNSON, ADMINISTRATOR § <br> Ariel Rios Building § <br> 1200 Pennsylvania Avenue, N.W. § <br> Washington, DC 20460 § <br> § <br> AND § <br> § <br> STATE OF CALIFORNIA and § <br> ARNOLD SCHWARZENEGGER, § <br> GOVERNOR OF THE STATE OF § <br> CALIFORNIA § <br> 1001 I Street § <br> P.O. Box 2815 § <br> Sacramento, CA 95812-2815 § <br> § <br> AND § <br> § | CIVIL ACTION NO. C-08-4876 (SI) |

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY and LINDA ADAMS, SECRETARY FOR ENVIRONMENTAL PROTECTION 1001 I Street P.O. Box 2815 Sacramento, CA 95812-2815 | § § § § § § § |
| AND | § § |
| STATE WATER RESOURCES CONTROL BOARD and DOROTHY RICE, EXECUTIVE DIRECTOR 1001 I Street P.O. Box 2815 Sacramento, CA 95812-2815 | § § § § § § § § |
| AND | § § |
| CALIFORNIA CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD and ROGER BRIGGS, EXECUTIVE OFFICER 895 Aerovista Place, Suite 101 San Luis Obispo, CA. 93401-7906 | § § § § § § § § |
| AND | § § |
| COUNTY OF SAN LUIS OBISPO COUNTY GOVERNMENT CENTER and CHERYL JOURNEY, CHIEF BUILDING OFFICIAL 1055 Monterey Street San Luis Obispo, CA. 93408 | § § § § § § |
| AND | § § |
| LOS OSOS COMMUNITY SERVICES DISTRICT and JOHN SCHEMP, GENERAL MANAGER 2122 9th Street Los Osos, CA. 93402 | § § § § § § |
| **DEFENDANTS.** | § |

## [PROPOSED] ORDER TO WITHDRAW

Upon consideration of the MOTION TO WITHDRAW CIVIL ACTION NO. C-08-4876, and for cause shown, it is hereby ORDERED that Plaintiffs' ~~Motion is deemed withdrawn.~~ action is dismissed.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE